UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WINGROVE ROBINSON,

      Plaintiff,

v.                                                  CASE No. 8:13-mc-00073-T-23MAP

A.A.R.P.,

      Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before the Court on Plaintiff's second motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (doc. 4). I denied Plaintiff's first request without prejudice because Plaintiff did not file a complaint with his motion and I could not determine whether the Court had jurisdiction or if the action was frivolous or malicious. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989). I gave Plaintiff 30 days to file a complaint. Nonetheless, in his second motion, Plaintiff again has failed to file a complaint. Although he states in his affidavit of indigency that Defendant is in breach of contract, I am faced with the same issue: the Court cannot determine whether it has jurisdiction or if the action is frivolous or malicious. After consideration, it is

    RECOMMENDED:

    1.    Plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (doc. 4) be DENIED; and

2. Plaintiff's case be dismissed.

DONE AND ORDERED at Tampa, Florida on October 23, 2013.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE