UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WINGROVE ROBINSON,

    Plaintiff,

v.                                            CASE NO.: 8:13-mc-73-T-23MAP

AARP,

    Defendant.
_____/

## **ORDER**

On October 23, 2013, United States Magistrate Judge Pizzo issued a report and recommendation. More than seventeen days has passed, and neither the plaintiff nor the defendant objects. The report and recommendation (Doc. 5) is **ADOPTED**. The motion (Doc. 4) to proceed *in forma pauperis* is **DENIED**. This action is **DISMISSED**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on February 20, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE